1  ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
2  E-Mail: Robert.Freeman@lewisbrisbois.com
   DANIELLE C. MILLER, ESQ.
3  Nevada Bar No. 009127
   E-Mail: Danielle.Miller@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: (702) 893-3383
6  Facsimile: (702) 893-3789
   *Attorneys for Defendant*
7  *State Farm Mutual Automobile Insurance Company*

8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER SUART, individually, and as natural parent of minor child, MASON SUART,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I - X; and ROE CORPORATIONS I - X, inclusive,<br><br>　　　　　Defendants. | CASE NO.  2:14-cv-00336-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF MASON SUART'S COMPLAINT** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff JENNIFER SUART, as natural parent of minor child, MASON SUART, by and through Plaintiffs' counsel, Glen Lerner Injury Attorneys, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that Plaintiff Mason Suart's claims and causes of action against State Farm in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

4835-1458-0769.1                                                                1

IT IS FURTHER STIPULATED AND AGREED that Plaintiff Mason Suart's prayer for exemplary and punitive damages shall also be dismissed with prejudice.

DATED this 12th day of February, 2015.    DATED this 12th day of February, 2015.

GLEN LERNER INJURY ATTORNEYS     LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Craig A. Henderson*
By_____
   CRAIG A. HENDERSON, ESQ.
   Nevada Bar No. 010077
   4795 South Durango Drive
   Las Vegas, NV 89147
   Telephone: (702) 877-1500
   *Attorneys for Plaintiffs*

*/s/ Danielle C. Miller*
By_____
   ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
   DANIELLE C. MILLER, ESQ.
   Nevada Bar No. 009127
   6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
   *Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## ORDER

IT IS SO ORDERED.

Dated: February 13, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:
LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Danielle C. Miller*
By _____
   ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
   DANIELLE C. MILLER, ESQ.
   Nevada Bar No. 009127
   6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
   *Attorneys for Defendant State Farm Mutual Automobile Insurance Company*